UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

      v.                                    Case No. 25-cv-549-SM-AJ
                                          Opinion No. 2026 DNH 051
Town of Wolfeboro, N.H.


O R D E R

Josephine Amatucci, who is representing herself and proceeding pro se, filed another suit against the Town of Wolfeboro, again contesting the circumstances and aftermath of a traffic violation that occurred in August of 2013.  See Amatucci v. Town of Wolfeboro, 13-cv-501-PB; Amatucci v. Welman, 14-cv-164-PB (D.N.H. judgment entered July 1, 2014). On preliminary review, the magistrate judge recommended that the complaint be dismissed as untimely and also noted that the claims are barred by the doctrine of res judicata.  Doc. no. 4.  Amatucci filed "Motion for Jury Trial," which the court considered as her response to the report and recommendation.[1]  Doc. no. 5.

The district judge reviews a report and recommendation only to the extent the affected party objects. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  For the reasons stated in the report and recommendation (doc. no. 4), Amatucci's claims in this case

---

[1] Amatucci filed 53 pages of exhibits to her motion, which pertain to her many cases filed in this court arising from events in 2002 and 2003.

are barred by the statute of limitations.  Nothing in Amatucci's motion for a jury trial and her exhibits to the motion change the outcome.  The claims are dismissed as time barred.

## Conclusion

The report and recommendation to dismiss the claims in this case as time barred (doc. no. 4) is approved and adopted.  The complaint is dismissed.

The clerk of court shall enter judgment accordingly and close the case.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

May 5, 2026

cc:  Josephine Amatucci, pro se
     Counsel of Record

2